No. 1056, Misc. DRAKE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 1107, Misc. FENTON *v.* OHIO. Supreme Court of Ohio. Certiorari denied. *Robert D. Moss* for petitioner.

No, 1235, Misc. ANDERSON *v.* KENTUCKY. Court of Appeals of Kentucky. Certiorari denied.

No. 653. REDFIELD *v.* UNITED STATES, *ante,* p. 803. Rehearing denied. MR. JUSTICE WHITE took no part in the consideration or decision of this application.

APRIL 30, 1962.*

No. 22. SCHOLLE *v.* HARE, SECRETARY OF STATE OF MICHIGAN, ET AL., *ante,* p. 429. The motion of the appellant for the immediate issuance of the mandate is denied.

No. 763. SCHROEDER *v.* CITY OF NEW YORK. Appeal from the Court of Appeals of New York. The motion of Goldstein & Goldstein et al. for leave to file brief, as *amici curiae,* is granted. Probable jurisdiction noted. *Louis B. Scheinman* for appellant. *Leo A. Larkin* and *Seymour B. Quel* for appellee. *Benjamin M. Goldstein* for Goldstein & Goldstein et al.

---

*MR. JUSTICE FRANKFURTER took no part in the consideration or decision of cases in which orders were this day announced.